UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

VINCENT SCOTT COLLINS,

                    Plaintiff,                      **ORDER**

-against-                                        20-CV-4551 (RPK) (LB)

LIZETTE WELCH and ELIZABETH PARKER,

                    Defendants.
-------------------------------------------------------------x

RACHEL P. KOVNER, United States District Judge:

        Plaintiff Vincent Scott Collins, proceeding *pro se*, filed this action pursuant to 28 U.S.C. § 1331, asserting claims for defamation and slander.  *See* Compl. (Dkt. #1).  By letter dated September 25, 2020, the Court informed plaintiff that the complaint was deficient because plaintiff failed to pay the $400 filing fee or to request to proceed *in forma pauperis* ("IFP").  *See* Notice of Deficient Filing (Dkt. #2).  Plaintiff was provided with the IFP form and notified that the deficiency must be corrected within 14 days.  *See ibid.*

        Plaintiff has not paid the filing fee or submitted an IFP application within the time required.  Accordingly, the action is dismissed without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith.  Therefore, *in forma pauperis* status is denied for the purpose of any appeal.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

                                                              */s/ Rachel Kovner*
                                                             RACHEL P. KOVNER
                                                             United States District Judge

Dated:  December 23, 2020
           Brooklyn, New York